# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  JOLLY, E. GRADY | 2. Court or Organization  COURT OF APPEALS FIFTH | 3. Date of Report  07/21/2014 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  JUDGE ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2013  to  12/31/2013 |
|---|---|---|

**7. Chambers or Office Address**

501 EAST COURT STREET, ROOM 3.850
JACKSON, MS 39201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADVISORY BOARD | FEDERAL JUDGES ASSOCIATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Design III Partnership owner and worked doing foral arrangements. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | GEORGE MASON UNIVERSITY SCH OF LAW | 2/14-16/2013 | WASHINGTON, DC | ATTEND TRANSATLANTIC LAW FORUM GEORGE MASON UNIVERSITY | TRANSPORTATION, LODGING & MEALS |
| 2. | UNITED STATES COURTS | 4/7-10/2013 | CAMBRIDGE, MA | ATTEND FEDERAL JUDICIAL CENTER LAW & SOCIETY PROGRAM | TRANSPORTATION, LODGING & MEALS |
| 3. | FEDERAL JUDGES ASSOCIATION | 4/23-25/2013 | WASHINGTON, DC | ATTEND FEDERAL JUDGES ASSOCIATION ANNUAL BOARD MEETING | TRANSPORTATION, LODGING & MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 07/21/2014 |

| 4. | UNITED STATES COURTS | 5/4-8/2013 | FORT WORTH, TX | ATTEND FIFTH CIRCUIT JUDICIAL CONFERENCE | TRANSPORTATION, LODGING & MEALS |
|---|---|---|---|---|---|
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 07/21/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 07/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bancorpsouth Money Market Acc't IRA ▪ | A | Interest | J | T | | | | | |
| 2. Analysts International Com Stk. | | None | J | T | | | | | |
| 3. Snopes Corp. Common Stock | A | Interest | J | U | | | | | |
| 4. Gold Bullion 23 oz. | | None | K | T | | | | | |
| 5. Silver Bullion 850 oz. | | None | K | T | | | | | |
| 6. Fred's Inc. Common Stock | A | Dividend | K | T | | | | | |
| 7. Trustmark Bank Acc't ▪ | A | Interest | J | T | | | | | |
| 8. Trustmark Bank Acc't ▪ | A | Interest | J | T | | | | | |
| 9. Trustmark Bank Acc't | | None | J | T | | | | | |
| 10. Trustmark Bank Acc't | A | Interest | L | T | | | | | |
| 11. Trustmark Bank Acc't ▪ | A | Interest | K | T | | | | | |
| 12. "(H)" BROKERAGE ACCOUNT # 1 | | | | | | | | | |
| 13. Keely Sm Cap Val Fd | A | Dividend | J | T | | | | | |
| 14. Pimco Total Return Fd | A | Dividend | | | Sold | 8/21/13 | K | A | |
| 15. First Eagle Global Fd | | None | | | Sold | 8/21/13 | J | C | |
| 16. Mainstay Fd High Yield Corp Bond Fd | A | Dividend | | | Sold | 08/21/13 | J | A | |
| 17. Blackrock Global Allocation Fd | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 07/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ishares Tr Barclays Treas Inflation Protect Secs Fds | A | Dividend | | | Sold | 6/24/13 | J | A | |
| 19. Pimco Commodity Real Return Strategy Class D | A | Dividend | | | Sold | 6/24/13 | J | A | |
| 20. Vanguard Short Bond ETF | A | Dividend | | | Sold | 8/21/13 | J | A | |
| 21. J P Morgan Tr II U S Gov't Money Mkt Fd | A | Dividend | J | T | | | | | |
| 22. Berkshire Hathaway Cl B | | None | J | T | Buy | 8/22/13 | J | | |
| 23. | | | | | Buy (add'l) | 9/09/13 | J | | |
| 24. Global X FDS ETF | A | Dividend | | | Buy | 3/19/13 | J | | |
| 25. | | | | | Sold | 9/9/13 | J | A | |
| 26. J P Morgan Tr II L Cap Gr Fd Cl A | | None | J | T | Buy | 9/09/13 | J | | |
| 27. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 28. Parnassus Inc Tr Eq Inc Portfolio | B | Dividend | K | T | Buy | 8/22/13 | J | | |
| 29. | | | | | Buy (add'l) | 9/9/13 | J | | |
| 30. SPDR S & P 500 ETF Tr | A | Dividend | J | T | Buy | 9/09/13 | J | | |
| 31. SPDR Ser TR S & P Dividend ETF | A | Dividend | J | T | Buy | 8/22/13 | J | | |
| 32. "(H)" IRA ACCOUNT # 1 | | | | | | | | | |
| 33. Columbia Acorn Fd - IRA | B | Dividend | K | T | Buy (add'l) | 9/9/13 | J | | |
| 34. First Eagle Global Fd - IRA | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 07/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mainstay Fd High Yld Bd Fd - IRA | A | Dividend | | | Sold | 8/21/13 | K | A | |
| 36. Pimco Real Return Fd - IRA | A | Dividend | | | Sold | 8/21/13 | K | A | |
| 37. Alger Spectra Fd - IRA | B | Dividend | K | T | | | | | |
| 38. MFS Util Fd - IRA | | None | | | Sold | 11/26/12 | J | A | |
| 39. Franklin Utilities Fd - IRA | | None | | | Sold | 11/26/12 | J | A | |
| 40. J P Morgan Money Mkt-IRA | A | Interest | J | T | | | | | |
| 41. Pimco Commodity Real Return-IRA | A | Dividend | | | Sold | 04/05/13 | J | A | |
| 42. J P Morgan Tr Value Advantage Fd-IRA | A | Dividend | K | T | Buy (add'l) | 2/28/13 | J | | |
| 43. Doubleline Fds Tr Total Return-IRA | | None | | | Sold | 8/21/13 | J | A | |
| 44. SPDR Gold Tr-IRA | | None | | | Sold | 2/28/13 | J | A | |
| 45. Ishares Select Dividend ETF | A | Dividend | J | T | Buy | 3/1/13 | J | | |
| 46. SPDR Ser Tr S&P Div ETF | A | Dividend | J | T | Buy | 3/1/13 | J | | |
| 47. Global X FDS ETF | A | Dividend | | | Buy | 3/19/13 | J | | |
| 48. | | | | | Sold | 9/9/13 | J | A | |
| 49. Berkshire Hathway Cl B | | None | J | T | Buy | 5/13/13 | J | | |
| 50. | | | | | Buy (add'l) | 9/9/13 | J | | |
| 51. Parnassus Inc Tr Eq Inc | B | Dividend | K | T | Buy | 8/22/13 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 07/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 9/9/13 | J | | |
| 53. SPDR S&P 500 ETF Tr | A | Dividend | K | T | Buy | 8/22/13 | K | | |
| 54. Proshares S&P 500 Aristocrats ETF | A | Dividend | J | T | Buy | 10/14/13 | J | | |
| 55. "(H)" BROKERAGE ACCOUNT # 2 | | | | | | | | | |
| 56. Ishares Select Dividend ETF | A | Dividend | J | T | | | | | |
| 57. Ishares Tr Russell Midcap Gr Index Fd | A | Dividend | J | T | | | | | |
| 58. Ishares Tr S&P US Pfd Stk Index Fd | A | Dividend | | | Sold | 10/14/13 | J | A | |
| 59. J P Morgan Tr II Large Cap Gr Fd Cl A | | None | J | T | Buy<br>(add'l) | 1/18/13 | J | | |
| 60. | | | | | Buy<br>(add'l) | 9/09/13 | J | | |
| 61. SPDR S&P 500 ETF Tr | A | Dividend | J | T | Buy<br>(add'l) | 3/01/13 | J | | |
| 62. | | | | | Buy<br>(add'l) | 9/26/13 | J | | |
| 63. SPDR Ser Tr S&P Dividend ETF | A | Dividend | J | T | | | | | |
| 64. Vanguard Short Term Bond ETF | A | Dividend | J | T | | | | | |
| 65. J P Morgan Tr II US Gov't Money Mkt Fd | A | Dividend | J | T | | | | | |
| 66. Global X FDS ETF | A | Dividend | J | T | Buy | 3/19/13 | J | | |
| 67. Proshares S&P 500 Aristocrats ETF | A | Dividend | J | T | Buy | 10/14/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 07/21/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1: MFS UTILITY FD-IRA LINE 38 PART VII WAS SOLD IN 2012 BUT SALE WAS INAVERTENTLY LEFT OFF 2012 REPORT
NOTE 2: FRANKLIN UTILITIES FD-IRA LINE 39 PART VII WAS SOLD IN 2012 BUT SALE WAS INADVERTENTLY LEFT OFF 2012 REPORT
NOTE 3: PART VII LINE 56 & 61 NAME WAS CHANGED IN 2013

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 07/21/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **E. GRADY JOLLY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544